UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT SAWIN,

                Plaintiff,

-v-

CANCER GENETIS, INC., *et al.*,

                Defendants.

20-CV-9611 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants waived service on December 31, 2020. However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by May 11, 2021, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: April 26, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge